```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07518
   DEBRA WOOLFORK
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0584
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 04/26/2007 and was confirmed 10/31/2007.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

The case was dismissed after confirmation 11/12/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SST INC | SECURED VEHIC | 18000.00 | 1100.94 | 3634.34 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4227.43 | .00 | .00 |
| ACCOUNTS RECEIVABLE TECH | UNSECURED | NOT FILED | .00 | .00 |
| AR RESOURCES INC | UNSECURED | NOT FILED | .00 | .00 |
| CASHNET USA | UNSECURED | NOT FILED | .00 | .00 |
| CBA COLLECTION BUREAU OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 3825.00 | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 916.01 | .00 | .00 |
| CREDIT PROTECTION ASSOCI | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU OF COLUMBU | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS INC | UNSECURED | 216.02 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 11452.97 | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1340.98 | .00 | .00 |
| NORTHERN IND COMMUTER TR | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 4250.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| STRING KING | UNSECURED | NOT FILED | .00 | .00 |
| UNITED RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 07518 DEBRA WOOLFORK

```
SST INC                   UNSECURED      2044.41              .00           .00
OLGA & PETER TINSLEY      NOTICE ONLY   NOT FILED             .00           .00
SHERMAN DODGE             UNSECURED       583.49              .00           .00
FREEDOM CARD GOLD MASTER  FILED LATE      265.82              .00           .00
ASPIRE                    FILED LATE      357.38              .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,464.00                       1,575.41
TOM VAUGHN                TRUSTEE                                         489.31
DEBTOR REFUND             REFUND                                             .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                 6,800.00

PRIORITY                                         .00
SECURED                                     3,634.34
    INTEREST                                1,100.94
UNSECURED                                        .00
ADMINISTRATIVE                              1,575.41
TRUSTEE COMPENSATION                          489.31
DEBTOR REFUND                                    .00
                      ---------------    ---------------
TOTALS                  6,800.00            6,800.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/25/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE    2
          CASE NO. 07 B 07518 DEBRA WOOLFORK